UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI AGUILAR LOPEZ, | Case No.  1:26-cv-03527-DAD-JDP (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WARDEN OF THE MESA VERDE DETENTION FACILITY, | (Doc. Nos. 1, 7) |
| Respondent. | |

Petitioner Neftali Aguilar Lopez is a federal immigration detainee proceeding *pro se* with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On June 1, 2026, the assigned magistrate judge filed findings and recommendations recommending that the petition for writ of *habeas corpus* be granted and petitioner be ordered released from custody.  (Doc. No. 7.)  Specifically, the magistrate judge concluded that respondent's decision to re-detain petitioner without a bond hearing violated due process.  (*Id.* at 2–7.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 7–8.)  On June 6, 2026, respondent filed objections to the findings and recommendations, which consists of a single sentence stating that respondent objects to the findings and recommendations for the

/////

reasons stated in respondent's answer to the petition. (Doc. No. 8.) This objection does not serve as a basis to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons above,

1.     The findings and recommendations filed on June 1, 2026 (Doc. No. 7) are ADOPTED IN FULL;

2.     The petition for writ of *habeas corpus* (Doc. No. 1), is GRANTED as follows:

   a.     Respondent is ORDERED to immediately release petitioner Neftali Aguilar Lopez, A-File No. 213-304-181, from respondent's custody;

   b.     Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondent will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;

3.     The Clerk of Court is directed to serve the Mesa Verde Detention Facility with a copy of this order; and

4.     The Clerk of Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **June 10, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2